FILED

OCT 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50544 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-02961-GT |
| v. | |
| ROBERTO GARCIA-GARCIA, a.k.a. Enrique Garcia-Garcia, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Gordon Thompson, Jr., District Judge, Presiding

Submitted October 9, 2012[**]

Before:      RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

Roberto Garcia-Garcia appeals from the 57-month sentence imposed

following his guilty-plea conviction to being a deported alien found in the United

States, in violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C.

_____

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1291, and we vacate and remand for resentencing.

The parties agree, and we concur, that the district court erred in imposing a 16-level increase in Garcia-Garcia's base offense level under U.S.S.G. § 2L1.2(b)(1)(A)(i), because the documentation submitted by the government did not provide clear and convincing evidence that Garcia-Garcia had a prior drug-trafficking conviction. *See United States v. Bonilla-Montenegro*, 331 F.3d 1047, 1050 (9th Cir. 2003) (government must prove prior conviction by clear and convincing evidence when it seeks a 16-level sentencing enhancement).

Accordingly, we vacate the judgment and remand for resentencing. Given the government's representation that the documents in the record are the only available documents concerning Garcia-Garcia's prior offense, on remand the district court is directed to calculate the advisory Sentencing Guidelines range by applying an enhancement of no more than eight levels under U.S.S.G. § 2L1.2(b).

Garcia-Garcia's request for judicial notice is granted.

The clerk shall issue the mandate forthwith.

**VACATED and REMANDED.**